1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD GONZALES,                        1:08-cv-00684-AWI-WMW (PC)

12          Plaintiff,                       ORDER TO SUBMIT SIGNED
         vs.                                 APPLICATION TO PROCEED IN FORMA
13                                           PAUPERIS **OR** PAY FILING FEE
     JAMES YATES, et al.,                    WITHIN THIRTY (30) DAYS
14
            Defendants.
15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  However, plaintiff's application to proceed in forma pauperis was deficient in

19   that it did not include plaintiff's required original signature.  Each document submitted for filing

20   must include the original signature of the filing party or parties.  Local Rule 7-131; F.R.C.P.

21   11(a).

22          Accordingly, IT IS HEREBY ORDERED that:

23          Within thirty (30) days of the date of service of this order, plaintiff shall re-submit the

24   enclosed application to proceed in forma pauperis, with plaintiff's original signature, or in the

25   alternative, pay the $350.00 filing fee for this action.

26   /////

                                          -1-

1    **Failure to comply with this order will result in a recommendation that this action be**

2    **dismissed**.

3

4    IT IS SO ORDERED.

5    **Dated:    May 21, 2008**                          /s/  **William M. Wunderlich**
                                                      UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26